**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS EDUARDO GONZALEZ-GOMEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-06243-KK-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party filed objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the Petition;

(2) a writ of habeas corpus be issued requiring Petitioner Carlos Eduardo Gonzalez-Gomez's (A# 215-696-644) immediate release and prohibiting his re-detention absent notice and a hearing before a

neutral decisionmaker at which the Government must show material changed circumstances warranting his detention; and

(3) Respondents are required to file a status report within three (3) days confirming that Petitioner has been released from Respondents' custody consistent with this order.

Dated: October 30, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE