JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CARLOS EDUARDO GONZALEZ-GOMEZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondent.

Case No. 5:26-cv-06243-KK-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

DATE: October 30, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE